UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARGARET M. O'REILLY,

    Plaintiff,

v.                                         Case No.:   2:24-cv-292-SPC-KCD

MEDICAL FACILITIES OF
AMERICA and RIVERSIDE
HEALTH AND REHABILITATION
CENTER,

    Defendants.
_____/

## ORDER

Pro se Plaintiff Margaret M. O'Reilly moves for access to the Court's electronic filing system. (Doc. 19.) The motion is **DENIED**. "Pro se litigants are generally denied access to electronic filing unless extenuating circumstances exist to justify waiving CM/ECF procedures." *Huminski v. Vermont*, No. 2:13-cv-692-FtM-29, 2014 WL 169848, *4 (M.D. Fla. Jan. 15, 2014); *see also McMahon v. Cleveland Clinic Found. Police Dep't*, 455 F. App'x 874, 878 (11th Cir. 2011) (affirming denial of CM/ECF access for pro se litigants). No extenuating circumstances have been shown (or even argued) here. To the extent Plaintiff believes electronic filing will help her access documents in the case, she can already submit documents electronically

through the Web Portal on the Court's website at https://www.flmd.uscourts.gov/electronic-document-submission-web-portal.

**ORDERED** in Fort Myers, Florida this October 1, 2024.

Kyle C. Dudek
United States Magistrate Judge

Copies:  All Parties of Record